No. 85–186.  BURLINGTON NORTHERN INC. *v.* HEROLD ET AL. C. A. 8th Cir.  Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 85–200.  O'KANE ET AL. *v.* FORD MOTOR CO. ET AL. C. A. 3d Cir.  Petition for writ of certiorari and/or prohibition denied.

No. 85–230.  AUTHIER *v.* GINSBERG ET AL.  C. A. 6th Cir. Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 85–5042.  TAYLOR, A MINOR, BY HER MOTHER, TAYLOR, ET AL. *v.* O'KEEFE ET AL.  C. A. 2d Cir.  Motion of Victims of Crime Advocacy League of New York State, Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 85–5102.  POYNER *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.  JUSTICE BRENNAN would grant certiorari.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentence in this case.